■ NANCY GONZALEZ, Respondent, et al., Plaintiff, v JAMAICA HOSPITAL, Appellant. [807 NYS2d 316]—In an action to recover damages for medical malpractice, the defendant appeals from a judgment of the Supreme Court, Queens County (Dorsa, J.), dated June 24, 2004, which, upon a jury verdict, is in favor of the plaintiff Nancy Gonzalez and against it in the principal sum of $850,000.

Ordered that the judgment is affirmed, with costs.

The defendant's contention that the court erred in refusing to charge the jury on comparative negligence is unpreserved for appellate review (*see* CPLR 4110-b). In any event, the contention is without merit as there was insufficient evidence in the record to support such a charge (*see Arpino v Jovin C. Lombardo, P.C.*, 215 AD2d 614 [1995]; *O'Connor v Graziosi*, 131 AD2d 553 [1987]).

The defendant's further contention that the verdict was against the weight of the evidence is similarly without merit (*see Simmons v East Nassau Med. Group*, 260 AD2d 463 [1999]; *Nussbaum v Gibstein*, 138 AD2d 193 [1988], *revd on other grounds* 73 NY2d 912 [1989]).

The jury's award did not deviate materially from what would be reasonable compensation (*see Sutch v Yarinsky*, 292 AD2d 715 [2002]; *Lopez v Bautista*, 287 AD2d 601 [2001]; *Motichka v Cody*, 279 AD2d 310 [2001]; *King v Jordan*, 265 AD2d 619 [1999]; *Baez v Dombroff*, 142 AD2d 705 [1988]).

The defendant's remaining contentions are without merit (*see Roseingrave v Massapequa Gen. Hosp.*, 298 AD2d 377 [2002]; *Cerasuoli v Brevetti*, 166 AD2d 403 [1990]). Cozier, J.P., Ritter, Rivera and Fisher, JJ., concur.